IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERVAL LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Action No. 12-316 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| GOLAN LEVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Because Golan Levin's Renewed Motion to Quash (Doc. 9) implicates detailed discovery matters presently before the Honorable Marsha J. Pechman, District Judge for the Western District of Washington (Seattle) (Civil Action No. 2:10-cv-01385),[1] this Court hereby **REMITS** the matter to the Washington District Court.  See Race Tires America, Inc. v. Hoosier Racing Tire Corp., 2008 WL 728370, *1 n.1 (W.D. Pa. Mar. 18, 2008) ("remit[ting]" discovery dispute regarding nonparty subpoena is "a process [that] involve[s] not transferring the dispute, but denying [the] motion . . . while granting the party seeking the order leave to renew its request before the court handling the underlying dispute") (citation omitted, alteration in original). Accordingly, Mr. Levin's Motion (**Doc. 8**) to reopen this Miscellaneous Action is **DENIED**, the Motion for attorney James E. Eakin, Esq., to Appear *Pro Hac Vice* (**Doc. 11**) is **DENIED AS MOOT**, and Mr. Levin's Renewed Motion to Quash (**Doc. 9**) is **TERMINATED** in this Court, consistent with the remittal order above.

---

[1] *See* Doc. 9 at 1-3 (describing pending discovery disputes before Judge Pechman).

IT IS SO ORDERED.

September 28, 2012                                  s\Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

cc (via ECF email notification):

All Counsel of Record